**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MARINER IP, Inc.**<br><br>    Plaintiff,<br><br>v.<br><br>**TEXAS INSTRUMENTS INCORPORATED,**<br><br>    Defendant.<br><br>v.<br><br>**FUNAI ELECTRIC CO., INC.,**<br><br>    Defendant. | No. 2:16-cv-00434<br>CONSOLIDATED CASE<br><br><br><br><br><br><br>No. 2:16-cv-00525<br>LEAD CASE |

### ORDER OF DISMISSAL

Before this Court is the joint stipulation and motion by Mariner IP, Inc. ("Plaintiff") and Texas Instruments Incorporated ("Defendant"), for dismissal.

This Court **ORDERS** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

The parties shall bear their own attorneys' fees, costs, and expenses.

All relief not previously granted is **DENIED**.

The Clerk is **ORDERED** to close civil action no. 2:16-cv-00434 (consolidated into lead case no. 2:16-cv-00525).

   **SIGNED this 3rd day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE